Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–31904–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Annette Volpetti
   11 Rita Dr
   Howell, NJ 07731–2267

Social Security No.:
   xxx–xx–8634

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:    4/17/19
Time:    12:00 PM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Marc C Capone, Debtor's Attorney

COMMISSION OR FEES
fee: $4531.25

EXPENSES
$345.00

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: March 27, 2019
JAN:

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-31904-CMG
Annette Volpetti                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Mar 27, 2019
                              Form ID: 137             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
db              Annette Volpetti,    11 Rita Dr,    Howell, NJ  07731-2267
aty            +Denise Carlon, Esq.,    KML Law Group, PC,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
lm             +M & T Bank/ Bayview Loan Servicing,    4425 Ponce De Leon Blvd.,    5th Floor,
                 th Floor, FL 33146-1837
517852553     ++ALLIED DIGESTIVE HEALTH LLC,    MONMOUTH PARK CORPORATE CENTER I,    187 ROUTE 36 SUITE 230,
                 WEST LONG BRANCH NJ 07764-1306
               (address filed with court:  Allied Digestive Health,    60 State Route 36 Ste B,
                 West Long Branch, NJ  07764-1464)
517852552       Afs/Amerifinancial Solutions, LLC.,    PO Box 65018,    Baltimore, MD  21264-5018
517852554       American Express,    PO Box 1270,    Newark, NJ  07101-1270
517852556      +CentraState Medical Center,    901 W Main St,    Freehold, NJ 07728-2549
517852555       Central Credit Services,    PO Box 357,    Ramsey, NJ  07446-0357
517852557       First Credit Services-Retro Fitness,    377 Hoes Ln Ste 200,    Piscataway, NJ  08854-4155
517852558       KML Law Group,    316 Haddon Ave Ste 406,    Westmont, NJ  08108-1235
517852559      +Lyons Doughty & Veldhuis,    136 Gaither Dr Ste 100,    Mount Laurel, NJ 08054-2239
517852563       NJ E-ZPass Violation Processing Center,    PO Box 52005,    Newark, NJ  07101-8205
517852567       PAM LLC- Pa- NJ Turnpike Authority,    PO Box 1153,    Milwaukee, WI  53201-1153
517852567       Pressler Felt & Warshaw,    7 Entin Rd,    Parsippany, NJ  07054-5020
517852568       Quest,   PO Box 740985,    Cincinnati, OH  45274-0985
517852569       Reliance Medical Group,    PO Box 1517,    Pleasantville, NJ  08232-6517
517852571      +Thomas Murtha, Esq,    Portfolio Recovery,    120 Corporate Blvd,    Norfolk, VA 23502-4952
517852572       Traf Group Inc/A-1 Collections,    Attn: Bankruptcy,    2297 Highway 33 Ste 906,
                 Hamilton Square, NJ  08690-1717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2019 23:45:24     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2019 23:45:20     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517964000      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 27 2019 23:45:48
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
517852560       E-mail/Text: camanagement@mtb.com Mar 27 2019 23:44:51     M & T Bank,    1 Fountain Plz,
                 Buffalo, NY  14203-1420
517852561       E-mail/Text: bknotices@mbandw.com Mar 27 2019 23:45:44     McCarthy Burgess & Wolff,
                 26000 Cannon Rd,    Bedford, OH  44146-1807
517852562       E-mail/Text: bankruptcydpt@mcmcg.com Mar 27 2019 23:45:19     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA  92123-2255
517961865       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 23:41:53
                 Portfolio Recovery Associates, LLC,    C/O capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
517951929       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 23:43:12
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
517852565       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 23:42:31
                 Portfolio Recovery- CIT Online Bank,    PO Box 41021,    Norfolk, VA  23541-1021
517852566       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 23:43:11
                 Portfolio Recovery- HSBC Bank,    PO Box 41021,    Norfolk, VA  23541-1021
517852570       E-mail/Text: bkrpt@retrievalmasters.com Mar 27 2019 23:45:18     RMBC,    PO Box 1235,
                 Elmsford, NY  10523-0935
517852573       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 27 2019 23:44:11
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Spring, MO  63304-2225
517944209      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2019 23:53:37     Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517852574       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 27 2019 23:44:11
                 Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr Ste 550,
                 Weldon Spring, MO  63304-2225
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin                Page 2 of 2            Date Rcvd: Mar 27, 2019
                              Form ID: 137               Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marc C Capone    on behalf of Debtor Annette    Volpetti 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```