| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Gillman, Bruton & Capone, LLC<br><br>Marc Capone, Esq.<br><br>60 Highway 71, Unit 2<br>Spring Lake Heights, NJ 07762<br>Phone #732-528-1166<br>Fax # 732-528-4458 | **Order Filed on April 18, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Annette Volpetti | Case No.: <u>3:18-bk-31904</u><br><br>Chapter:   13<br><br>Judge: Christine Gravelle |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 18, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc Capone_____, the applicant, is allowed a fee of $ 4,531.25  for services rendered and expenses in the amount of $_____345.00_____for a total of $ 4,876.25_____. The allowance is payable:

    ☒  $__2,376.25_____ through the Chapter 13 plan as an administrative priority.

    ☒  $___2,500.00_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____n/a_____per month for _____months to allow for payment of the above fee.

*rev.8/1/15*