Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–31904–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Annette Volpetti
  11 Rita Dr
  Howell, NJ 07731–2267

Social Security No.:
  xxx–xx–8634

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/21/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 21, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-31904-CMG
Annette Volpetti                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2              Date Rcvd: Nov 21, 2019
                              Form ID: 148              Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2019.
```
db              Annette Volpetti,   11 Rita Dr,   Howell, NJ 07731-2267
aty            +Denise Carlon, Esq.,   KML Law Group, PC,   216 Haddon Avenue,   Suite 406,
                 Westmont, NJ 08108-2812
lm             +M & T Bank/ Bayview Loan Servicing,   4425 Ponce De Leon Blvd.,   5th Floor,
                 th Floor, FL 33146-1837
517852553     ++ALLIED DIGESTIVE HEALTH LLC,   MONMOUTH PARK CORPORATE CENTER I,   187 ROUTE 36 SUITE 230,
                 WEST LONG BRANCH NJ 07764-1306
               (address filed with court: Allied Digestive Health,   60 State Route 36 Ste B,
                 West Long Branch, NJ 07764-1464)
517852552      Afs/Amerifinancial Solutions, LLC.,   PO Box 65018,   Baltimore, MD 21264-5018
517852556     +CentraState Medical Center,   901 W Main St,   Freehold, NJ 07728-2549
517852555      Central Credit Services,   PO Box 357,   Ramsey, NJ 07446-0357
517852557      First Credit Services-Retro Fitness,   377 Hoes Ln Ste 200,   Piscataway, NJ 08854-4155
517852558      KML Law Group,   316 Haddon Ave Ste 406,   Westmont, NJ 08108-1235
517852559     +Lyons Doughty & Veldhuis,   136 Gaither Dr Ste 100,   Mount Laurel, NJ 08054-2239
517852563      NJ E-ZPass Violation Processing Center,   PO Box 52005,   Newark, NJ 07101-8205
517852564      PAM LLC- Pa- NJ Turnpike Authority,   PO Box 1153,   Milwaukee, WI 53201-1153
517852567      Pressler Felt & Warshaw,   7 Entin Rd,   Parsippany, NJ 07054-5020
517852568      Quest,   PO Box 740985,   Cincinnati, OH 45274-0985
517852569      Reliance Medical Group,   PO Box 1517,   Pleasantville, NJ 08232-6517
517852571     +Thomas Murtha, Esq,   Portfolio Recovery,   120 Corporate Blvd,   Norfolk, VA 23502-4952
517852572      Traf Group Inc/A-1 Collections,   Attn: Bankruptcy,   2297 Highway 33 Ste 906,
                 Hamilton Square, NJ 08690-1717
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2019 00:29:27   U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2019 00:29:25   United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517852554       EDI: AMEREXPR.COM Nov 22 2019 04:58:00   American Express,   PO Box 1270,
                 Newark, NJ 07101-1270
517964000      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 22 2019 00:29:59
                 Bayview Loan Servicing, LLC,   4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
517852560       E-mail/Text: camanagement@mtb.com Nov 22 2019 00:29:04   M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203-1420
517852561       E-mail/Text: bknotices@mbandw.com Nov 22 2019 00:29:55   McCarthy Burgess & Wolff,
                 26000 Cannon Rd,   Bedford, OH 44146-1807
517852562       EDI: MID8.COM Nov 22 2019 04:58:00   Midland Funding,   8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
517961865       EDI: PRA.COM Nov 22 2019 04:58:00   Portfolio Recovery Associates, LLC,
                 C/O capital One Bank (usa), N.a.,   POB 41067,   Norfolk VA 23541
517951929       EDI: PRA.COM Nov 22 2019 04:58:00   Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk, VA 23541
517852565       EDI: PRA.COM Nov 22 2019 04:58:00   Portfolio Recovery- CIT Online Bank,   PO Box 41021,
                 Norfolk, VA 23541-1021
517852566       EDI: PRA.COM Nov 22 2019 04:58:00   Portfolio Recovery- HSBC Bank,   PO Box 41021,
                 Norfolk, VA 23541-1021
517852570       EDI: RMCB.COM Nov 22 2019 04:58:00   RMBC,   PO Box 1235,   Elmsford, NY 10523-0935
517852573       EDI: VERIZONCOMB.COM Nov 22 2019 04:58:00   Verizon,   Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,   Weldon Spring, MO 63304-2225
517944209      +EDI: AIS.COM Nov 22 2019 04:58:00   Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517852574       EDI: VERIZONCOMB.COM Nov 22 2019 04:58:00   Verizon Wireless,
                 Attn: Verizon Wireless Bankruptcy Admini,   500 Technology Dr Ste 550,
                 Weldon Spring, MO 63304-2225
```
                                                                                                                                                                                                          TOTAL: 15

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 21, 2019
                              Form ID: 148             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2019 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marc C Capone    on behalf of Debtor Annette   Volpetti 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```